AO 91 (Rev. 11/11)   Criminal Complaint

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nathan Gutierrez (YOB:1990) | ) | Case No. **25MJ869** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 25, 2025__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute 400 grams and More of a Mixture and Substance Containing Fentanyl; |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute 500 grams and More of a Mixture and Substance Containing Methamphetamine; |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking Activity |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aran Marquis, Special Agent
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 4/25/2025

_____
*Judge's signature*

City and state: Albuquerque, NM       Jennifer Rozzoni, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Aran Marquis, being duly sworn, depose and say:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2019. I am currently assigned to the Violent Gang Task Force with the FBI where I primarily investigate organized criminal enterprises and Drug Trafficking Organizations (DTOs). This affidavit is submitted in support of a criminal complaint and arrest warrant charging Nathan Gutierrez (GUTTIERREZ) (born in 1990) with the following violations:

    a) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), that being Possession with Intent to Distribute 400 grams and More of a Mixture and Substance Containing Fentanyl;

    b) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), that being Possession with Intent to Distribute 500 grams and More of a Mixture and Substance Containing Methamphetamine; and

    c) 18 U.S.C. § 924(c), that being Possession of a Firearm in Furtherance of Drug Trafficking Activity.

## STATEMENT OF PROBABLE CAUSE

2. On April 25th, 2025, agents obtained a federal search warrant[1] for the residence of Nathan Gutierrez (GUTIERREZ), 4513 Capri Court Northwest, Albuquerque, New Mexico. At approximately 6:00 a.m., agents executed the above search warrant at GUTIERREZ's residence and seized the following items of evidence:

    a) A clear plastic bag containing a white crystal-like substance, suspected to be crystal methamphetamine; weighing 574.3 gross grams.

---

[1] MR25-766 was signed by the Honorable Jennifer M. Rozzoni and issued in the District of New Mexico on April 25th, 2025.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

b) A clear plastic bag containing a brown tar-like substance, suspected to be heroin; weighing 83.3 gross grams.

c) Clear plastic bags containing blue pills marked "M 30," suspected to be fentanyl pills; weighing 1,464.1 gross grams.

d) A Glock 19X pistol, bearing serial number BFSK632;

e) A Smith and Wesson M&P M20, bearing serial number SBF3353; and

f) A Palmetto Armory PA15 Rifle, bearing serial number SCD035864.

3. In my training and experience, the crystal-like substance is consistent with methamphetamine. In my training and experience, the blue pills stamped M 30 are consistent with pills containing fentanyl. The amount of these substances seized by agents is consistent with distribution.

4. Following the search of the residence, agents conducted a custodial interview of GUTIERREZ. The interview was recorded in its entirety and GUTIERREZ was advised of his Miranda rights prior to consenting verbally and in writing to being interviewed. In his interview, GUTIERREZ stated he owned the above firearms and was involved in drug trafficking. He acknowledged that he sold methamphetamine and fentanyl pills and that he had both of those substances in his house for later distribution. GUTIERREZ also stated he carried the Smith and Wesson model Y for protection while conducting drug business in Albuquerque.

## CONCLUSION

5. Based on the above information, I believe Nathan GUTIERREZ committed violations of:

a) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), that being Possession with Intent to Distribute 400 grams and More of a Mixture and Substance Containing Fentanyl;

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

b) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), that being Possession with Intent to Distribute 500 grams and More of a Mixture and Substance Containing Methamphetamine; and

c) 18 U.S.C. § 924(c), that being Possession of a Firearm in Furtherance of Drug Trafficking Activity. Assistant United States Attorney Nora Wilson approved criminal charging in this matter.

        Respectfully submitted

        Aran Marquis
        Special Agent
        Federal Bureau of Investigations

Submitted electronically and approved telephonically:

Sworn to before me by telephone or other reliable electronic means on April __25th__, 2025

Honorable Jennifer Rozzoni
United States Magistrate Judge
District of New Mexico

3